UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLARENCE ROUSE,

                      Plaintiff,

       -v-

THE CITY OF NEW YORK, *et al.*,

                      Defendants.

22-CV-2195 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    The Court has been informed that the Plaintiff has accepted a Rule 68 offer of judgment and that the parties are negotiating with respect to fees.

    The parties are directed to file an accepted offer of judgment, a stipulation of dismissal, or a joint status letter by October 31, 2023.

    The telephone conference scheduled for October 17, 2023 is ADJOURNED and all other deadlines are STAYED pending further order.

    The Clerk of Court is directed to mark this case as stayed.

    SO ORDERED.

Dated: October 2, 2023
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge