UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLARENCE ROUSE,

                Plaintiff,

    -v-

THE CITY OF NEW YORK, *et al.*,

                Defendants.

22-CV-2195 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    An offer of judgment pursuant to Federal Rule of Civil Procedure 68 in this case has been made and accepted by Plaintiff Clarence Rouse. (ECF No. 92.) That accepted offer provides for payment of $1,500,001.00 to the Plaintiff in full satisfaction of all claims asserted in this action as well as a release of Defendants and other terms set forth in the offer dated September 15, 2023.

    Accordingly, the Clerk of Court is directed to enter judgment under Rule 68 in favor of Plaintiff against Defendants in the total amount of $1,500,001.00, exclusive of attorney's fees and costs.

    In the event that the parties are unable to resolve any remaining issues relating to fees and costs, the Court will retain jurisdiction to address those issues.

    The Clerk is directed to close this case.

    SO ORDERED.

Dated: October 13, 2023
       New York, New York

                                                  J. PAUL OETKEN
                                             United States District Judge