**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CLARENCE ROUSE,
                Plaintiff,

                                                      **22 CIVIL** 2195 (JPO)
       -against-

                                                        **JUDGMENT**

THE CITY OF NEW YORK, et al.,
                Defendants.
-----------------------------------------------------------X

        It is **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated October 13, 2023, Plaintiff Clarence Rouse has judgment in the amount of $1,500,001.00, exclusive of attorney's fees and costs against the Defendants The City of New York et al.

**Dated:**  New York, New York
            October 23, 2023

                                                        **RUBY J. KRAJICK**
                                                         Clerk of Court
                          **BY:**

                                                        **Deputy Clerk**